UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KENAN LISTER<br>(list each defendant appearing at hearing) | Case No.: 3:21-cr-216<br>Judge: TRAUGER<br>Hearing Date: 4/8/2022<br>Location: ☒ Nashville ☐ Columbia ☐ Cookeville<br>Court Reporter: Roxann Harkins<br>Court Interpreter: |

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf

Defense Attorney(s): Mary K. Harcombe

### TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☒
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Defendant pleds guilty to counts 1 & 2 of Indictment.
Facts given by FBI Sterling Wall.
Plea petition accepted. Plea agreement reserved.
Sentencing set for Wednesday, 8/17/2022 at 1:00 p.m.

Total Time in Court: 25 mins.

Clerk of Court
by: Katheryn Beasley